Certificate Number: 16339-PAE-DE-040595125

Bankruptcy Case Number: 25-15282



16339-PAE-DE-040595125

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2026, at 4:56 o'clock PM EST, Marquis Butler completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 7, 2026                    By:     /s/Kris Krumal

                                            Name:   Kris Krumal

                                            Title:   Certified Financial Counselor