IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARQUIS BUTLER<br>    Debtor,<br><br>AMERICAN HONDA FINANCE CORPORATION<br>    Movant,<br><br>            v.<br><br><br>MARQUIS BUTLER, and<br>LYNN E. FELDMAN, Trustee<br>    Respondents. | Bankruptcy No. 25-15282-pmm<br><br>Chapter 7 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW COMES, Movant, American Honda Finance Corporation (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1.  Respondent, Marquis Butler, ("Debtor"), is an adult individual with a place of residence located at 3701 Conshohocken Ave Apt. 1014, Philadelphia, PA 19131-5519.

2.  Lynn E. Feldman is the duly appointed Chapter 7 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3.  This matter is a core proceeding, and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4. On or about December 31, 2025, Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code.

5. On or about June 17, 2025, the Debtor leased a 2025 Acura RDX, VIN:5J8TC2H67SL026249 (the "Vehicle") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secured interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Lease requires monthly payments of $940.90, which amounts are due on or before the 17th of each month.

8. The Debtor has failed to make full monthly payments to Movant from October 17, 2025, to January 17, 2026. The Debtor is $3,051.80 in payment arrears.

9. The total balance due on the Lease as of January 16, 2026, was $59,185.23.

10. The J.D. Power value for the 2025 Acura RDX, VIN:5J8TC2H67SL026249 is $40,575.00.  A true and correct copy of a printout showing that value is attached hereto as **Exhibit C**.

11. Movant is entitled to relief from the automatic stay for cause due to the Debtor failure to maintain their contractual obligations as outlined in the Note.

WHEREFORE, Movant, American Honda Finance Corporation, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to 2025 Acura RDX, VIN:5J8TC2H67SL026249.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for American Honda Finance Corporation*

Dated:  February 9, 2026