# J.D. POWER

1/16/2026

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2025 Acura RDX Utility 4D A-Spec AWD 2.0L I4 Turbo |
| Region: | Eastern |
| Period: | December 31, 2025 |
| VIN: | 5J8TC2H67SL026249 |
| Mileage: | 17,500 |
| Base MSRP: | $50,300 |
| Typically Equipped MSRP: | $51,650 |
| Weight: | 4,024 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $38,650 | N/A | N/A | **$38,650** |
| Average Trade-In | $40,575 | N/A | N/A | **$40,575** |
| Clean Trade-In | $42,150 | N/A | N/A | **$42,150** |
| Clean Loan | $37,950 | N/A | N/A | **$37,950** |
| Clean Retail | $44,875 | N/A | N/A | **$44,875** |
| **Weekly Auction** | | | | |
| Low | $37,000 | N/A | N/A | **$37,000** |
| Average | $39,825 | N/A | N/A | **$39,825** |
| High | $42,675 | N/A | N/A | **$42,675** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.