IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> MARQUIS BUTLER <br>    Debtor, <br><br> AMERICAN HONDA FINANCE CORPORATION <br>    Movant, <br><br>           v. <br><br><br> MARQUIS BUTLER, and <br> LYNN E. FELDMAN, Trustee <br>    Respondents. | Bankruptcy No. 25-15282-pmm <br><br><br> Chapter 7 |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 8, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

Service Via 1st Class Mail

| **Marquis Butler** <br> 3701 Conshohocken Ave Apt 1014 <br> Philadelphia, PA 19131-5519 | **Michael A. Cibik** <br> Cibik Law, P.C. <br> 1500 Walnut Street <br> Suite 900 <br> Philadelphia, PA 19102 |
|---|---|

Service Via Electronic Notification:

| **Lynn E. Feldman** <br> Lynn E. Feldman, Trustee <br> 2310 Walbert Ave <br> Ste 103 <br> Allentown, PA 18104 | **United States Trustee** <br> Office of United States Trustee <br> Robert N.C. Nix Federal Building <br> 900 Market Street <br> Suite 320 <br> Philadelphia, PA 19107 |
|---|---|

                                                            /s/ Keri P. Ebeck
                                                            Keri P. Ebeck, Esq.
                                                             PA I.D. # 91298
                                                             kebeck@bernsteinlaw.com
                                                            601 Grant Street, 9th Floor
                                                            Pittsburgh, PA 15219
                                                            Phone (412) 456-8112
                                                            Fax: (412) 456-8135