IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARQUIS BUTLER<br>    Debtor,<br><br>AMERICAN HONDA FINANCE CORPORATION<br>    Movant,<br><br>        v.<br><br><br>MARQUIS BUTLER, and<br>LYNN E. FELDMAN, Trustee<br>    Respondents. | Bankruptcy No. 25-15282-pmm<br><br><br>Chapter 7 |

ORDER OF COURT

AND NOW, this 9th day of March, 2026, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a. Relief from the Automatic Stay is granted as to American Honda Finance Corporation in the interest of 2025 Acura RDX, VIN:5J8TC2H67SL026249.

    b. ~~The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order~~.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge