United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-15282-pmm |
| Marquis Butler | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Mar 09, 2026     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Marquis Butler, 3701 Conshohocken Ave Apt 1014, Philadelphia, PA 19131-5519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 10 2026 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2026 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| NONE | + Email/Text: kebeck@bernsteinlaw.com | Mar 10 2026 00:24:00 | American Honda Finance Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | |

| | |
|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf900 | Total Noticed: 4 |

|  |  |
|---|---|
| | on behalf of American Honda Finance Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marquis Butler help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re,<br><br>MARQUIS BUTLER<br>    Debtor,<br><br>AMERICAN HONDA FINANCE CORPORATION<br>    Movant,<br><br>        v.<br><br><br>MARQUIS BUTLER, and<br>LYNN E. FELDMAN, Trustee<br>    Respondents. | Bankruptcy No. 25-15282-pmm<br><br>Chapter 7 |
|---|---|

ORDER OF COURT

AND NOW, this 9th day of March, 2026, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a. Relief from the Automatic Stay is granted as to American Honda Finance Corporation in the interest of 2025 Acura RDX, VIN:5J8TC2H67SL026249.

    b. ~~The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order~~.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge