*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                      : Chapter 7


Marquis Butler                                         : Case No. 25–15282–pmm
          Debtor(s)


***ORDER***
_____


AND NOW, this day , April 15, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court


24
Form 195